UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-300-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELVIS DAVID FULLERTON | UNOPPOSED<br>MOTION TO CONTINUE<br>ARRAIGNMENT |

NOW COMES the defendant, through counsel, without objection from Assistant United States Attorney Sebastian Kielmanovich, and moves to continue the defendant's arraignment, currently scheduled for April 15, 2019, to the Court's May term.

In support of this motion, defense counsel respectfully informs the Court that she is scheduled to be on leave the week of April 15, 2019, with plans to be out of the country with her family. It is not anticipated that this case will be for guilty plea. This continuance is in the best interests of both the Government and the Defendant.

Respectfully requested this 10th day of April, 2019.

        G. ALAN DuBOIS
        Federal Public Defender

        /s/ *Sherri Royall Alspaugh*
        SHERRI ROYALL ALSPAUGH
        First Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Sherri_Alspaugh@fd.org
        N.C. State Bar No. 17581
        LR 57.1 Counsel Appointed

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on April 10, 2019, using the CM/ECF system which will send notification of such filing to the above.

This the 10th day of April, 2019.

/s/ Sherri Royall Alspaugh
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel Appointed